IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Allison Henry, | ) | C/A No.: 10-2595-MBS-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Illinois Tool Works Inc., d/b/a FB Johnston Graphics, | ) | |
| Defendant. | ) | |

By order dated January 23, 2012, the court ordered Plaintiff to file a motion for leave to file an amended complaint by February 28, 2012. Additionally, the court ordered Plaintiff to file a supplemental status report by February 28, 2012 explaining the status of the EEOC charge if she had not received a right-to-sue notice from the EEOC by February 20, 2012.

Plaintiff has failed to comply with the court's order in any regard. As such, it appears to the court that she wishes to abandon this action. Based on the foregoing, it is ordered that Plaintiff shall advise the court as to whether she wishes to continue with this case and comply with the court's January 23, 2012 order by March 16, 2012. Otherwise, this action will be recommended for dismissal with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

March 9, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge